FILED

# United States District Court

FEB 1 6 2006

__MIDDLE__ DISTRICT OF __ALABAMA__

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

LEEDRICT C. JONES

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06mj22-VPM

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 1, 2004__, in __Montgomery__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

forcibly assault, resist, oppose, impede, intimidate and interfere with Bobby Ward, an employee of the U.S. Postal Service, a person designated in Title 18, Section 1114, United States Code, while engaged in and on account of the performance of official duties by brandishing and discharging a firearm,

in violation of Title __18__ United States Code, Section(s) __111(a)1 and (b)__. I further state that I am a(n) __U. S. Postal Inspector__ and that this complaint is based on the following facts:
Official Title

SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_/s/ J. D. T._
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 16, 2006                                              at  Montgomery, Alabama
Date                                                               City and State

Vanzetta P. McPherson, U. S. Magistrate Judge          _/s/ Vanzetta P. McPherson_
Name and Title of Judicial Officer                             Signature of Judicial Officer

## ATTACHMENT I

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

The undersigned, being duly sworn on oath, deposes and says:

1.  I, James D. Tynan, have been a United States Postal Inspector for over three years. I am currently assigned to the U.S. Postal Inspection Service Office in Montgomery, AL. As a Postal Inspector, I enforce federal laws relating to postal offenses. I investigate incidents where the United States Mails are used for the purpose of transporting non-mailable matter, credit card fraud, obstruction of mail, mail theft, burglaries, robberies, and, in this case, an armed assault of a postal employee in violation of Title 18, United States Code, Section 111(b). The following information has been obtained by me personally or has been provided to me by other law enforcement officers. This affidavit is in support of a federal arrest warrant for Leedrict Cornell Jones, for violations of Title 18, United States Code, Sections 111(b) – Assaulting, resisting, or impeding certain officers or employees while armed with a firearm or dangerous weapon.

2.  On December 1, 2004, the Postal Inspection Service was notified that, at approximately 11:15 a.m., CST, a black male suspect had robbed U. S. Postal letter carrier Bobby Ward, who was working at his postal truck parked on the street in 900 block of Travis Street, Montgomery, AL 36108. The Montgomery Police Department and Postal Inspectors, including myself, responded to the robbery.

3.  Upon my arrival, I interviewed letter carrier Ward. Ward stated he did not receive any physical injuries as a result of the robbery and there was no mail stolen during the robbery.

4.  Ward related that at approximately 11:15 a.m., in between 929 and 1003 Travis Street, Montgomery, AL 36108, he was getting into the postal long life vehicle (LLV) when a black male approached him from his rear (the area of Oak St.). Ward stated that when he turned around, the black male already had a firearm out, and it was pointed at him. Ward described the firearm as a chrome or silver revolver, possibly .22 caliber. Ward stated that the robber started cussing at him, telling Ward to give him his wallet. Ward stated that he told the robber, "You don't have to shoot me. You can have whatever you want." Ward stated that he handed the robber his wallet, and the robber removed $55 cash out of Ward's wallet and threw it back into the LLV. Ward stated that the robber then put his hands on Ward's pockets feeling him and

1

asking him if that was all the money he had.

5. Ward stated the robber calmly walked away down Avenue L. Ward stated that he drove his LLV to 916 Travis Street and turned around and was heading back toward Avenue L to follow the robber and to get to a house where he could call the police and report the robbery. Ward stated as he was driving toward the stop sign at the intersection of Travis Street and Avenue L, the robber walked from the street, which was Avenue L, and into a vacant lot, and then the robber raised the firearm and with his hand and gun turned sideways, fired one shot at the LLV. Ward stated that he heard the shot; however, the shot did not hit the LLV.

6. Ward stated that he witnessed the robber run down Avenue L and up a small hill where there are apartments. Ward stated that he drove to 191 Mill Street and called his supervisor and police from there.

7. Ward described the robber as a black male, approximately 5'5" tall, weighing 125 to 150 pounds, and had a small frame. Ward stated that the individual was in his late 20s and was not wearing a hat or glasses. Ward stated that he did not notice much of a beard or mustache, if any, and described the robber as having a relatively pointy nose. Ward stated that the robber was wearing a three-quarter length black leather jacket, baggy blue jeans, and had braids in his hair.

8. On December 3, 2004, approximately 2,500 reward posters were distributed in the local area for a reward of up to $50,000 for the arrest and conviction of the person or persons who committed the robbery.

9. On December 3, 2004, Ward assisted Marla Lawson, Forensic Artist, Georgia Bureau of Investigation, in drafting a composite sketch of the armed robber.

10. On December 7, 2004, Ward stated that on Saturday, December 4, 2004, a heavy-set black male, approximately 22 years old, approached him on Bullock Street, Montgomery, AL 36108, and stated that the man told him the guy who robbed him had a .22 caliber chrome plated revolver and may know the identity of the robber. Investigation revealed the man who spoke with Ward was Darrell Davidson.

11. On December 13, 2004, Detective Hameed, MPD, interviewed Darrell Davidson at the

Montgomery Police Department. Davidson told Hameed details about the case, which were not released to the public, such as a description of the weapon and that the suspect fired a shot at Ward. Davidson told Hameed that on December 1, 2004, Leatrice, who goes by the nickname "Little Lee", and whom he has known about 20 years, came to 566 Bullock Street and asked if he had change for a $50 bill. Davidson stated that he told Little Lee that he only had $49. Davidson said they did the transaction and that when he asked Little Lee what had happened and Little Lee stated that he had just robbed the mailman.

12. Davidson stated that Little Lee said he walked up and robbed the mailman of his wallet and ran, but that the mailman followed him. Davidson stated that Little Lee said he had shot at the mailman one time. Davidson said that Little Lee said he had robbed "Bobby the Postman" because he did not like him and that they had previously gotten in some sort of conflict.

13. Davidson described the pants as dirty and said Little Lee had spider webs in his hair and looked scared. Davidson stated that it looked like Little Lee had been under a house for a while. Davidson stated that Little Lee was wearing a white shirt and black pants. Davidson also stated that Little Lee was wearing a black hood scarf and a brown leather jacket that was black on the ends. Davidson stated he saw him later that day at his mother's house, 2224 Day Street, Montgomery, AL and Little Lee had on new clothes.

14. Davidson stated that while at 566 Bullock Street, Little Lee showed him the pistol. Davidson described it as a .22 caliber chrome revolver pistol that can fit in the palm of your hand.

15. Between December 10, 2004 and April 19, 2005, I received phone calls from individuals who stated that the robber lived at 2224 Day Street, Montgomery, AL or that the robber goes by the name Little Lee.

16. On September 20, 2005, Detective Hameed and I re-interviewed Davidson to further the investigation at the Postal Inspection Service office in Montgomery, AL.

17. Davidson related that Leatrice or "Little Lee", who he has known for about 20 years, approached him on Bullock St. in Montgomery on the day that Postal Letter Carrier Bobby Ward was robbed. Davidson said that when Little Lee approached him, he was wearing dark pants, a white shirt, and a coat with a hood. Davidson said that Little Lee had been hiding under a house

3

for about 30 to 40 minutes and had grass all over him, spider webs in his hair, dirt on his clothes and he was sweating.

18.  Davidson stated that when Little Lee robbed Ward, he got about $50 and came to Davidson and purchased a small bag of marijuana with the money. During the transaction, Davidson stated that "Little Lee" told him that he had robbed Bobby Ward because he did not like him. Davidson stated that Little Lee showed him a silver .25 caliber pistol, which Little Lee stated he used to commit the robbery. Davidson said that Little Lee told him that he had shot at Ward one time. When asked if Little Lee still had the gun, Davidson stated that Little Lee still has the gun and that he saw it last week; Davidson said that Little Lee carries the gun on his hip.

19.  On December 6, 2005, at the Westside Station, Montgomery, AL, Detective Hameed and I showed Bobby Ward a photo spread of suspects. Ward identified suspect #2, Leedrict Jones, as the person who robbed him at gunpoint on December 1, 2004, while he was delivering the mail. Jones is described as a black male, 21 years old, who is approximately 5'10" tall and weighs approximately 125 lbs.

20.  Based on my training and experience and the facts set forth in this affidavit, I submit there is probable cause probable cause to arrest Leedrict Cornell Jones, based on the above information, that there is evidence of violations of Title 18, United States Code, Section 111(b) – Assaulting, resisting, or impeding certain officers or employees while armed with a firearm or dangerous weapon.

_____
J.D. Tynan
Postal Inspector

Sworn to and subscribed before me this
16th day of February, 2006, at
Montgomery, AL

_____
Vanzetta P. McPherson
United States Magistrate Judge

4