# United States District Court

**MIDDLE** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA

v.

**LEEDRICT C. JONES**

## WARRANT FOR ARREST

CASE NUMBER: **2:06mj22-VPM**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LEEDRICT C. JONES**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

forcibly assault, resist, oppose, impede, intimidate and interfere with Bobby Ward, an employee of the U.S. Postal Service, a person designated in Title 18, Section 1114, United States Code, while engaged in and on account of the performance of official duties by brandishing and discharging a firearm,

in violation of Title __18__, United States Code, Section(s) __111(a)1 and (b)__.

VANZETTA P. McPHERSON
Name of Issuing Officer

*Vanzetta Penn McPherson* (signature)
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2/15/06 @ Montgomery
Date and Location

(By) Deputy Clerk

Bail fixed at $_____    by _____
                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest