

# Memorandum

| Subject | Date |
|---|---|
| Limits of Punishment<br>U.S. v LEEDRICT C. JONES<br>(SENTENCING GUIDELINES CASE) | February 16, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk<br>U.S. District Court<br>Middle District of Alabama | Terry F. Moorer<br>Assistant United States Attorney |

LEEDRICT C. JONES

LIMITS OF PUNISHMENT

<u>18 U.S.C. § 111(a)1 & (b)</u>:
NMT $250,000; or twice gross
loss to victim or twice gross gain to
defendant, whichever is greatest;
NMT 20Y, or both;
NMT 5Y Sup Rel;
$100 AF; VWPA