**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**
√ **INITIAL APPEARANCE**                    **DATE:  3/10/06**
❑ **BOND HEARING**
❑ **DETENTION HEARING**                  **DIGITAL Recording : 8:50 - 8:56**
❑ **PRELIMINARY (EXAMINATION)(HEARING)**
❑ **REMOVAL HEARING (R.40)**
❑ **ARRAIGNMENT**

**PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON    DEPUTY CLERK: Wanda  Robinson**

**CASE NO.    2:06mj22-VPM**                    **DEFENDANT NAME:** Leedrict C. Jones

**AUSA:** Verne Speirs                    **DEFT. ATTY:**  Donnie Bethel

                                        Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** Tamara Martin                    **USPO:** _____

**Defendant ( ) does; ( √ )does NOT need an interpreter**

**Interpreter present  ( √ ) NO; ( ) YES        Name:**

_____

| | | |
|---|---|---|
| √ | Date of Arrest 3/9/06 or ❑ Arrest Rule 40 | |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator | |
| ❑ | Deft First Appearance with Counsel | |
| ❑ | Deft. First Appearance without Counsel | |
| ❑ | Requests appointed Counsel | |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* | |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* | |
| ❑ | Panel Attorney Appointed; ❑ to be appointed - prepare voucher | |
| ❑ | Deft. Advises he will retain counsel.  Has retained | |
| √ | ❑ Government's ORAL  Motion for Detention Hrg. ❑ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed | |
| √ | Detention Hearing ❑ held; √ set for 3/14/06 @ 9:00 a.m. | |
| √ | **ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered** | |
| ❑ | **ORDER OF DETENTION HEARING PENDING TRIAL to be entered** | |
| ❑ | Release order entered.  Deft advised of conditions of release | |
| ❑ | **BOND EXECUTED (M/D AL charges) $.** | |
| ❑ | **BOND EXECUTED (R. 40) - deft to report to originating district as ordered** | |
| √ | Bond not executed.  Defendant to remain in Marshal's custody | |
| ❑ | Deft. ORDERED REMOVED to originating district | |
| ❑ | Waiver of ❑ preliminary hearing; ❑ Waiver Rule 40 hearing | |
| ❑ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury | |
| ❑ | ARRAIGNMENT ❑HELD. Plea of NOT GUILTY entered. ❑ Set for | |
| ❑ | DISCOVERY DISCLOSURE DATE: | |
| ❑ | NOTICE to retained Criminal Defense Attorney handed to counsel | |
| ❑ | WAIVER of Speedy Trial.  CRIMINAL TERM: | |

PRELIMINARY and DETENTION HEARING will be held 3/14/06 @ 9:00