IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06mj22-VPM |
| | ) | |
| LEEDRICT C. JONES | ) | |

**ORDER ON MOTION**

For good cause,

It is ORDERED that the Government's Motion for Detention Hearing filed 9 March 2006 (Doc #4) is **GRANTED** and that a Detention Hearing and a Preliminary Examination Hearing are hereby set for 14 March 2006 at 8:30 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 13th day of March, 2006

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE