## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **HON. VANZETTA PENN MCPHERSON** | | AT  Montgomery, Alabama |
| **DATE COMMENCED:** 3/14/06 | AT | |
| **DATE COMPLETED:** 3/14/06 | TO | Digital Recorded<br>FTR: 8:31 - 9:29<br>         11:04 - 11:13 |
| UNITED STATES OF AMERICA | * | |
| VS. | * | CASE NO.: 2:06mj22-VPM |
| LEEDRICT C. JONES | * | |

| GOVERNMENT | **APPEARANCES:** | DEFENDANT |
|---|---|---|
| Terry F. Moorer | * | Donnie Wayne Bethel |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Robinson

**PTSO:** Tamara Martin
Ron Thweatt

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **PRELIMINARY EXAMINATION AND DETENTION HEARING**

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| Description | USA vs. Leedrict C. Jones: 2:06mj22-VPM: Detention and Preliminary Hearing | |
| Date | 3/14/2006 | Location |

| Time | Speaker | Note |
|---|---|---|
| 8:31:42 AM | Court | Convenes Court with facts regarding this case |
| 8:33:11 AM | Government | Asks Court's Procedure regarding the order of the Preliminary and Detention Hearing and gives recommendation; Also gives Court reasoning on Statute used in this case as relates to invoking Presumption |
| 8:35:31 AM | Defense | Disagrees with Statute and Gives Explanation |
| 8:38:00 AM | Court | Gives Ruling regarding the Application of the Statute; Government may invoke Presumption |
| 8:40:09 AM | Government | Call Witness James Tynan; Witness testifies |
| 8:51:42 AM | Defendant | Cross Examines Witness |
| 9:00:41 AM | | No further questions by defendant; No Redirect by Government |
| 9:00:51 AM | Court | Questions Witness Tynan |
| 9:02:52 AM | Defendant | Questions witness James Tynan |
| 9:05:01 AM | | Witness Excused |
| 9:05:09 AM | Court | Finds Probable Cause; Presumption Rebutted |
| 9:06:32 AM | Government | Petitions Court for Electronic Monitoring |
| 9:07:10 AM | Court | Expresses the purpose of Detention Hearing |
| 9:09:30 AM | Defendant | Witness Mr. Leedrict Cannon testifies |
| 9:11:34 AM | Government | Cross Examines Witness Leedrict Cannon |
| 9:13:57 AM | Court | Questions Witness Leedrict Cannon |
| 9:14:50 AM | Defendant | Calls Witness Carretta McClure; Witness testifies |
| 9:17:23 AM | Government | Cross Examines Witness McClure |
| 9:19:13 AM | Court | Questions Defendant; Defendant will be released and The Court explains conditions of release which includes FT JOB, SHOW CHECK STUB to PRETRIAL OFFICER, STAY in MONTGOMERY COUNTY; HAIR CUT |
| 9:29:43 AM | | Court will reconvene at 11:00 to sign Bond Papers |

| Description | USA vs. Leedrict C. Jones: 2:06mj 22-VPM; Court Reconvened to Release Defendant on Bond | |
|---|---|---|
| Date | 3/14/2006 | Location Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 11:04:22 AM | Court | Reconvenes with statements regarding the reasons for the hearing |
| 11:05:13 AM | | Defendant Sworn; Defendant signs Bond |
| 11:06:44 AM | Court | Explains Condition of Release |
| 11:12:53 AM | | Defendant signs Conditions of Release Order |
| 11:13:11 AM | | Defendant is Released |
| 11:13:29 AM | | Court in Recess |