IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-mj-22-VPM |
| | ) | |
| LEEDRICT C. JONES | ) | |

## **ORDER**

On 14 March 2006, pursuant to ***Fed. R. Crim. P***. 5.1, the court held a preliminary

hearing in this case.  Based on the evidence presented at the hearing, the court finds that there

is probable cause to believe that an offense has been committed and that the defendant

committed the offense.    Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action.

Done this 15th day of March, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE