IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR -5 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:06CR106-MEF__ |
| | ) | [18 USC 111(a)(1) & (b); |
| LEEDRICT C. JONES | ) | 18 USC 924(c)(1)(A)(ii)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 1, 2004, in Montgomery County, within the Middle District of Alabama,

LEEDRICT C. JONES,

defendant herein, did knowingly and intentionally, by means and use of a dangerous weapon, to-wit: a firearm, forcibly assault, resist, oppose, impede, intimidate, and interfere with Bobby Ward, a United States Postal Letter Carrier, while he was engaged in his official duties, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT 2

On or about December 1, 2004, in Montgomery County, within the Middle District of Alabama,

LEEDRICT C. JONES,

defendant herein, used and carried a firearm during and in relation to and possessed a firearm in furtherance of a crime of violence, a crime for which he may be prosecuted in a Court of the United States, to-wit: assaulting, resisting or impeding certain officers or employees of the United States,

as charged in Count 1 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

A TRUE BILL:

*Jaynee D Gilbert*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Verne H. Speirs*
Verne H. Speirs
Assistant United States Attorney

2