# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: **April 19, 2006**

DIGITAL RECORDING: **10:14 – 10:20**

- ✓ **INITIAL APPEARANCE**
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ **ARRAIGNMENT**
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO.: **2:06CR106-MEF-CSC**    DEFT. NAME: **LEEDRICT C. JONES**

USA: ~~VERN H. SPEIRS~~ **Terry Moorer**    ATTY: **DONNIE BETHEL**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO

USPTSO/USPO: _____

Defendant ____ does ____ does NOT need an interpreter; NAME ____

- ☐ Kars. — Date of Arrest _____ or ☐ karsr40
- ✓ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff. — Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted — **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained ____
- ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ **DETENTION HRG** ☐ held; ☐ set for ____; ☐ **Prelim. Hrg** ☐ Set for ____
- ☐ kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. — Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd. — ☐ **BOND EXECUTED** (M/D AL charges) $ ____ Deft released (kloc LR)
- ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko. — Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. — Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr. — **ARRAIGNMENT SET FOR:** ____ ✓ **HELD**. Plea of **NOT GUILTY** entered.
- ✓ **Trial Term** 9/11/06 ; ☐ **PRETRIAL CONFERENCE DATE:** ____
- ✓ **DISCOVERY DISCLOSURES DATE:** 4/20/06
- ☐ Krmknn. — **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for ____
- ✓ Kwvspt — **Waiver of Speedy Trial Act Rights Executed.**