| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE : JULY 17, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:08 p.m. to 1:09 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR106-MEF-CSC    **DEFENDANT NAME:** LEEDRICT C. JONES

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. VERNE SPEIRS | ATTY. JENNIFER HART |

√   **DISCOVERY STATUS:** Completed.

_____
_____

√   **PENDING MOTION STATUS:**   None.

_____

☐   **PLEA STATUS:**

_____
_____

√   **TRIAL STATUS:** Case will go trial. Will take 3 days to try case

_____

☐   **REMARKS:**

_____