# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.    ) | Case No. 2:06CR106-MEF |
| ) | |
| **LEEDRICT C. JONES**    ) | |

### PRETRIAL CONFERENCE ORDER

A pretrial conference was held on July 17, 2006 before the undersigned Magistrate Judge. Present at this conference was the Honorable Jennifer Hart, counsel for the defendant, and Assistant United States Attorney Verne Speirs, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **September 18, 2006**. The trial of this case is set for the trial term commencing on **September 18, 2006** before Chief United States District Judge Mark E. Fuller and is expected to last three (3) trial days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before **September 11, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **September 11, 2006**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before **September 11, 2006.**

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **September 6, 2006.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **September 18, 2006.** The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **September 18, 2006**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 18th day of July, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE