IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )        CASE NO. 2:06-cr-106-MEF
                            )               (WO)
LEEDRICT C. JONES           )

## **O R D E R**

On August 8, 2006, the defendant filed a Motion to Continue Trial (Doc. #24). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

The motion states that the defendant intends to offer testimony from an expert witness on the subject of false confessions and eyewitness identification. The expert witness is unavailable until the first two weeks of December. The government, through Assistant United States Attorney Verne Speirs, has no opposition to a continuance. Consequently, the

court concludes that a continuance of this case is warranted and that the ends of justice

served by continuing this case outweighs the best interest of the public and the defendant in

a speedy trial. *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir.

1991)(reasonable time necessary for effective preparation is a significant factor for granting

a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1. That the defendant's motion filed on August 8, 2006 is GRANTED;

2. That the trial of this defendant is continued from the September 18, 2006 trial term

to the December 4, 2006 trial term.

3. That the Magistrate Judge conduct a pretrial conference prior to the December 4,

2006 trial term.

DONE this 15th day of August, 2006.

     /s/ Mark E. Fuller     
CHIEF UNITED STATES DISTRICT JUDGE
