| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   OCTOBER 13, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:   1:08 p. m. to 1:08 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**      **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR106-MEF-CSC**      **DEFENDANT NAME:   LEEDRICT C. JONES**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  VERNE SPEIRS | ATTY.  DONNIE BETHEL |

√    **DISCOVERY STATUS:** Complete.

_____
_____

√    **PENDING MOTION STATUS:**   None.

_____

√    **PLEA STATUS:** Possible Plea.

_____
_____

√    **TRIAL STATUS:** Will take 2 to 3 days to try case if goes to trial.

_____

❐    **REMARKS:**

_____