COURTROOM DEPUTY MINUTES   DATE:   October 23, 2006     FTR RECORDING: 9/. 28 - /1/8

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:    Mitchell Risner

☐ **ARRAIGNMENT**       √ **CHANGE OF PLEA**       ☐ **CONSENT PLEA**

☐ **RULE 44(c) HEARING**       ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** CHARLES S. COODY          **DEPUTY CLERK:**  WANDA STINSON

**CASE NUMBER: 2:06CR106-MEF-CSC**          **DEFENDANT NAME:**   LEEDRICT C. JONES

**AUSA:** VERNE SPEIRS          **DEFENDANT ATTY:**   DONNIE BETHEL

Type Counsel:   ( ) Waived;  ( ) Retained;   ( ) Panel CJA;  √ CDO

**USPTS/USPO:** _____

**Defendant ___does  √___ does NOT need and interpreter.  Name:** _____

---

☐   This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐   Financial Affidavit executed.  **ORAL MOTION** for Appointment of Counsel.

☐   **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel.  Notice of Appearance to be filed.

☐   **WAIVER OF INDICTMENT** executed and filed.

☐   **FELONY INFORMATION** filed.

☐   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**       ☐ Not Guilty  ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:  √  Count(s)___2___   of the **Indictment.**

☑ Count(s)___1___     ☐ dismissed on oral motion of USA;

☑ To be dismissed at sentencing.

√   Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

No Plea Agreement entered  . ☑ Written plea agreement filed.   ☐ **ORDERED SEALED.**

√   **ORAL ORDER** Adjudicating defendant guilty.

√   **ORDER:** Defendant Continued  √ Same Conditions/Bond  imposed ;

☐ Released on Bond & Conditions of Release for:    ☐ Trial on _____;

√ Sentencing on _____; √ to be set by Separate Order

☐   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ☐ Sentencing on _____ ☐ Set by separate Order.