# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER             AT MONTGOMERY, AL

DATE COMMENCED:  2/20/07              AT:   9:45  a.m.
DATE COMPLETED:  2/20/07              AT:   9:55  a.m.

United States of America          §
                                  §
vs.                               §     CR NO.  2:06CR106-MEF
                                  §
Leedrict C. Jones                 §

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Verne H. Speirs | | Kevin L. Butler |

**COURT OFFICIALS PRESENT:**

| | |
|---|---|
| Jimmy Dickens, Court Reporter | Terrence Marshall, USPO |
| Josh Shapiro, Law Clerk | Scott Wright, USPO |
| Kelli Gregg, Courtroom Clerk | |

**COURTROOM PROCEEDINGS:**

( X )  Sentencing

9:45 a.m. -  Court convenes.
Defense counsel states the terms of the plea agreement to the Court.
Court will accept the terms of the plea agreement between the parties and sentence defendant accordingly.
USPO states that the victim has no desire to testify here today.
Government Motions the Court to Dismiss Count 1 of the Indictment.
Court GRANTS Government's Motion to Dismiss Count 1 of the Indictment.
Court sentences defendant and advises him of his right to an appeal.
Court remands defendant to the custody of the U.S. Marshal.

9:55 a.m. -  Court is in recess.